UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
vs.                         )   2:08-cr-283-RCJ-RJJ
                            )
DELVIN WARD,                )
                            )
            Defendant.      )   **ORDER**
_____)

The Federal Public Defender declined the appointment to represent Delvin Ward regarding his "Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense" pursuant to 18 USC §3582 (#550) based on conflict. Therefore;

IT IS HEREBY ORDERED that Jonathan L. Powell is appointed as counsel for Delvin Ward in place of the Federal Public Defender for all future proceedings regarding the "Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense." (#550)

DATED this 21st day of March, 2012.

Nunc Pro Tunc Date: February 24, 2012

ROBERT C. JONES
United States District Judge