BOIES, SCHILLER & FLEXNER
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorneys for Defendant
  DELVIN WARD

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:08-cr-00283-RCJ (PAL) |
| ) | |
| v. ) | |
| ) | |
| DELVIN WARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION TO CONTINUE DUE DATE FOR DEFENDANT TO FILE MOTION OR STIPULATION FOR REDUCTION OF SENTENCE**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, Esq., United States Attorney, and Assistant United States Attorney Elizabeth Olson White, Esq. and Richard J. Pocker, Esq., counsel for Defendant DELVIN WARD, that Defendant WARD shall have to and including June 26, 2015 in which to file any motion or stipulation for reduction of sentence pursuant to U.S. Sentencing Guidelines Amendment 782, as contemplated by the Court's Order of February 11, 2015.

IT IS FURTHER STIPULATED AND AGREED that the United States Attorney shall serve any response to any motion for reduction of sentence pursuant to U.S. Sentencing Guidelines Amendment 782 by July 25, 2015.

1

This Stipulation is entered into for the following reasons:

1. On February 11, 2015, the undersigned counsel for Defendant WARD was appointed by the Court to assist Mr. WARD in seeking a reduction of his sentence, if such reduction was warranted, pursuant to U.S. Sentencing Guidelines Amendment 782. The Court's Order of February 11, 2015 provided that any motion for reduction of sentence or stipulation for reduction of sentence reached between the Defendant and the United States Attorney be filed no later than 120 days from the date of that Order. The motion or stipulation is presently due by June 11, 2015.

2. The parties have been involved in discussions and correspondence regarding the preparation of a stipulation for submission to the Court in lieu of a motion for reduction of sentence. Defendant WARD was previously incarcerated in the Florence, Colorado correctional facility, and has recently been travelling pursuant to a transfer to another correctional facility, at which he has not yet arrived. Consequently, counsel for Defendant WARD has not had the opportunity to have discussions or correspondence with him regarding the final aspects of the stipulation. Allowing an additional fifteen (15) days in which to file either a motion or stipulation in accordance with the Court's February 11, 2015 directive should assure that Defendant WARD reaches his new site of incarceration, from which communication with him can more effectively be accomplished.

3. The additional time requested herein is not sought for purposes of delay, but merely to insure that Defendant WARD and his counsel have adequate opportunity to discuss or communicate regarding the proposed stipulation regarding his request for sentence reduction. The requested extension moves each of the affected deadlines by just fifteen (15) days.

4. This is the first request to continue the date affected by the requested extensions.

DATED this 20th day of May, 2015.

| BOIES, SCHILLER & FLEXNER | DANIEL G. BOGDEN, |
| --- | --- |
| | United States of America |
| By: s/ Richard J. Pocker | By: s/ Elizabeth O. White |
| RICHARD J. POCKER, ESQ. | ELIZABETH OLSON WHITE, ESQ. |
| Counsel for Delvin Ward | Assistant United States Attorney, |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DELVIN WARD,  )<br>  )<br>        Defendant.  )<br>_____ ) | Case No.: 2:08-cr-00283-RCJ (PAL) |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that Defendant DELVIN WARD shall have to and including June 26, 2015 in which to file his motion or stipulation for reduction of sentence pursuant to U.S. Sentencing Guidelines Amendment 782, and that the United States' response to any such motion shall be filed by July 25, 2015.

Dated this 20th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

4